IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WINCHELLA HOWARD,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 20-CV-1101** |
| | : | |
| **EINSTEIN HOSPITAL,** *et al.*, | : | |
| Defendants. | : | |

# ORDER

AND NOW, this **10th** day of August, 2020, upon consideration of Plaintiff Winchella Howard's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and *pro se* Complaint (ECF No. 2) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Clerk of Court is **DIRECTED** to correct the spelling of Defendant Jonathan Houton to reflect that the proper spelling of his last name is Houlon and to correct the spelling of Defendant Einsten Hospital to reflect that the proper Defendant is Albert Einstein Medical Center.

4. The Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the Court's Memorandum.

5. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

 */s/ Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**